# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MANDY MICHELLE DEROSA | : No. 612 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| WILLIAM JOSEPH GORDON AND KERRON REGIS, | : |
| | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: WILLIAM JOSEPH GORDON | : |
| | : |
| MANDY MICHELLE DEROSA | : No. 613 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| WILLIAM JOSEPH GORDON AND KERRON REGIS, | : |
| | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| PETITION OF: WILLIAM JOSEPH GORDON | : |
| | : |
| KERRON REGIS | : No. 614 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| MANDY MICHELLE DEROSA AND WILLIAM JOSEPH GORDON | : |

PETITION OF: WILLIAM JOSEPH GORDON   :
:

KERRON REGIS    :   No. 615 MAL 2022
:
:

v.    :   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:

MANDY MICHELLE DEROSA AND WILLIAM JOSEPH GORDON   :
:
:

PETITION OF: WILLIAM JOSEPH GORDON   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.